## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:13CR413** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **SHANE D. SWEENEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion to continue by defendant Shane D. Sweeney (Sweeney) (Filing No. 24).  Sweeney seeks a continuance of the trial of this matter which is scheduled for November 3, 2014, in order to complete a pretrial diversion program.  Sweeney's counsel represents that government's counsel has no objection to the motion.  Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1.      Sweeney's motion to continue trial (Filing No. 24) is granted.

2.      Trial of this matter is re-scheduled for **April 6, 2015,** before Senior Judge Joseph F. Bataillon and a jury.  The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial.  The additional **time** arising as a result of the granting of the motion, i.e., the time between **October 23, 2014, and April 6, 2015**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that time is required for the defendant to complete a pretrial diversion program.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(2).

DATED this 23rd day of October, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge